James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal

*Attorney for Genesis SF Card Services, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA SANCHEZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>GENESIS SF CARD SERVICES, INC.,<br><br>           Defendant. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant, Genesis SF Card Services, Inc. ("GSF") hereby removes to this Court the state court action described below.

   1.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*

2. On or about September 2, 2022, the action was commenced in the Superior Court of the State of California, County of San Bernardino, entitled, *Regina Sanchez v. Genesis SF Card Services, Inc.,* Case No. CIV SB2219399 (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3. GSF was served with a copy of the Complaint on November 23, 2022. Thus, pursuant to 28 U.S.C. § 1446(b), GSF has timely filed this Notice of Removal.

4. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5. The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 12/22/22       SESSIONS, ISRAEL & SHARTLE, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
Genesis SF Card Services, Inc.